Metropolitan Life Insurance Company, appellee, v. Sol Rubin et al.,
defendants, on appeal of Maurice R. Union, appellant. Gen. No.
37,924.

Opinion filed November 27,
1934.

Max M. Grossman and Samuel Grossman, for appellant. Hoyne,
O'Connor & Rubinkam, for appellee; William C. MacLean, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Alex Levin, defendant in error, v. Morris Lewis, plaintiff in error.
Gen. No. 37,172.

Opinion filed November 27, 1934.

Abrams, Sherman & Lewis, for plaintiff in error; Clyde C. Fisher
and Louis A. Sherman, of counsel. No appearance for defendant in
error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Edward C. Kesler, defendant in error, v. Frank E. Dingle, plaintiff
in error. Gen. No. 37,222.

Opinion
filed November 27, 1934. Rehearing denied December 10, 1934.

Frank E. Dingle, pro se. A. C. Lewis, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Leander LaChance, defendant in error, v. Charles Dickinson, plain-
tiff in error. Gen. No. 37,285.

Opinion filed
November 27, 1934.

Fred W. Story, for plaintiff in error. Wm. H. Haight and Nat T.
Burfeind, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.